UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
38 Roslyn Associates, Inc.,

                    Plaintiff(s),

          -against –

                                             **O R D E R**

                                         7:22-CV-00028 (CS)

LG Electronics U.S.A., Inc.,

                    Defendant(s).
----------------------------------------------------------X

Seibel, J.

       It having been reported to this Court that the claims in this case have been settled, IT IS
HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,
however, that if settlement is not consummated within thirty days of the date of this order,
Plaintiff may apply by letter within the thirty-day period for restoration of the action to the
Calendar of the undersigned, in which event the action will be restored.

       **SO ORDERED**.

Dated: August 22, 2022

      White Plains, New York

_____

CATHY SEIBEL, U.S.D.J.